UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:  Case No.: 1–02–10849–MJK
Chapter: 7

Arthur P. Schmidt

SSN: xxx–xx–2283

Debtor(s)

Brain J. Dilks, Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

  Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

- The following information was not provided in the affidavit: the Documentation to substantiate the Creditor Name Change , Tax Identification Number or Social Security Number for the Representative
- AO 213–NYW Form or Vendors Information/TIN Form is completed incorrectly. The Vendors Address will be the address District Court uses to disburse unclaimed funds.
- Please submit documentation to substantiate name change from the original creditor, Charter One Auto Finance to RBS Citizens, National Association. The Corporate Seal is missing from the Limited Power of Attorney

  If you have any further questions, please call the Court at 716–362–3200.

Date: January 17, 2013  Lisa Bertino Beaser
Clerk of Court

Enclosures

Form dfyuncla/Doc 65
www.nywb.uscourts.gov