UNITED STATES BANKRUPTCY COURT
WESTERN DISCTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No.: 1−08−14993−CLB |
| Howard J. Klever | Chapter: 7 |
| Jodi L. Klever | |
| | SSN: xxx−xx−4707 |
| Debtor(s) | SSN: xxx−xx−1557 |

Dilks & Knopik, LLC on behalf of Howard J. Klever
35308 SE Center St, Snoqualmie, WA 98065

    Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

- AO 213−NYW Form or Vendors Information/TIN Form is Please complete form AO−213 Vendor Information Certification.The form contains two addresses. The Vendors address is where payment will be delivered.

  If you have any further questions, please call the Court at 716−362−3200.

| | |
|---|---|
| Date: March 28, 2013 | Lisa Bertino Beaser |
| | Clerk of Court |

Enclosures

Form dfyuncla/Doc 101
www.nywb.uscourts.gov