# Notice Recipients

District/Off: 0209−1     User: bibbs     Date Created: 3/28/2013
Case: 1−08−14993−CLB     Form ID: dfyuncla     Total: 5

**Recipients of Notice of Electronic Filing:**
tr     Thomas J. Gaffney     amy231@verizon.net
aty     Bryan R. Milks     brmilks58@yahoo.com

                                                                                               TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Howard J. Klever     11045 Marble Springs Road     Delevan, NY 14042
       Howard J. Klever     42 N. Liberty St.     Albion, ny 14411−1228
       Brain J. Dilks, Managing Member     Dilks &Knopik, LLC     35308 SE Center St     Snoqualmie, WA 98065

                                                                                               TOTAL: 3